Case 6:21-cv-00105-ADA  Document 1  Filed 01/29/21  Page 1 of 14

6:21-cv-00105

FILED
January 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
       DEPUTY

NOTICE OF REMOVAL TO FEDERAL COURT NO. 10-19-00106-CV Page 1 of 9

UNITED STATES FEDERAL COURT WESTERN DISTRICT OF TEXAS WACO DIVISION. ART. III, 28 USC § 1331. 28 U.S.C § 1343(a)(3) "equal rights". 28 USC § 1367(a)(Supplemental) jurisdiction state-law claim.

1. Lowell Quincy Green v. District Clerk Jon R. Gimble, Jill I. Scoll Smith, Karen L. Matkins, Attorney Lawrence E. Johnson, 2012-709-C2, 2012-790-C2, 2012-791-C2 / indictments / City of Waco Police (search warrant) probable cause to enter 2408 Ethel Ave #A Waco, Texas March 26, 2012, with Waco

Amended 2009 Writ Application Form        Revised 2018

Page 1. Please see other side.

Animal Control 2032 Circle Road Waco, Texas 76706. Detective Manuel Chavez, Detective Kristina Woodruff, Officer Craig Stone, Erin Newton, Jason Davis, Citizen Kimberly Brooke Bitterman (homeless) 1315 N. 15th Street Waco, Texas Mission Waco, March 26, 2012. Attorney's For the State Abelino Reyna, Landon Ramsey, Brandon Luce, Represent by Jennifer Anne Richie. As Chief City of Waco Attorney, Charles D. Olsen Professional Law Corporation EXHIBIT "A" CERTIFIED MAIL 7016 2140 0000 4825 9928

Page 2.

HALEY H OLSEN ATTORNEY AT LAW 100 RITCHIE ROAD, SUITE 200 WACO TEXAS 76712 8544

2. TO: Lowell Quincy Green
   # 518622
   2661 FM 2054
   Tennessee Colony, Texas 75884

3. Trial Court No. 2017-3504-5 414th District Court of McLennan County, Texas Defendant Vickie Lynn Menard, Judge, Teresa Santana, Judge, Billy Stubblefield, Judge, Heather Weiser, Judge; Green v. Matt Johnson, Judge. 16-50522 Green v. Stephens, 6:15-cv-285 (W.D. Tex. Sept. 15, 2015)

4. (04-15-00456-CR) 2012-709-C2, 2012-790-C2,

Page 3. Please see other side

and 2012-791-C2. SHCR-C02 at 308.

5. Records On Appeal. Life Sentence Cause No. 2012-709-C2 (cumulated) 291st District Court of Dallas County, Texas F89-97008-HT (30)years (UUMV) May 23, 1989, Jury Trial August 10, 1989, 30 years enhanced

6. improperly by Cause No. F86-69827-LV (UUMV/Tex. Penal Code Ann. § 31.07. (6)years TDC # 440123. 292nd District Court of Dallas County, Texas December 16, 1986 (pen) packet Cause No. F82-90247-RU (Burg Habitation / Tex. Penal Code Ann. § 30.02. and Aggravated Robbery. Tex. Penal Code Ann. § 29.03. (5yrs) Concurrent,

7. With (Four) years (Probation Burg. Building, Store. 291st District Court of Dallas County, Texas Nov. 17, 1982 (Pen packet) TDC #346715 (IC.R. at 56-57, 72-73)

8. (04-13-00456-CV 16÷50522 Green v. Stephens, 6:15cv-285. Records speaks (Facts) May not be ignored (R.Vol. 5. Page 97, 98)18 USC §242, Green v. Jon R. Gimble, 10-19-00106-CV (Tenth Court of Appeals (Waco), Attorneys For McLennan County, McCreary, Veselka, Braggs, Allen,

Page 5. Lowell Green 1/17/2021

~~GROUND THREE:~~

P.C., Robert L. Meyer, Linda Barnes, 100 N. 6th Waco, Texas 76701,

~~FACTS SUPPORTING GROUND THREE:~~

(9) (all) Defendant's was Served (Summon) December 2019. 170th District Court of McLennan County, Texas M by Constable, who inadvertently served Plaintiff (Witness) Terri L. Green 811 E. Craven S Ave Apt. #15 Waco, Texas 76705.

(10) → Defendant Jon R. Gimble did not serve himself. 18 USC §401(1)(2012) 18 USC §242, 18 USC §1965 (RICO) Act. 42

*Article 11.07 Writ Application Form*      10            *Revised 2018*

Page 6. Please see other side

USC § 1985(2)(3) Conspiracy. April 1, 1871 Ku Klux Klan Act. <u>17-50648</u> <u>Green v. State, No. 6:17-cv-92</u> <u>(W.D. Tex. Oct. 19, 2017)</u> All Defendant's on Brief.

"⑪ DAMAGE" Judgment $5 Million. Thirteenth Amendment. 10-16 <u>10-16-00438-CR</u>

"⑫ Acquittal" (Waco Jan. 11, 2017) 2012-709-C2. "<u>NO</u>" <u>Deadly Weapon.</u> See <u>No. 17-50660</u> (Apr. 18, 2018) 6:16-cv-419 (Feb. 13, 2017)

"⑬ DAMAGE" Judgment $5 Million. Thirteenth Amendment. <u>10-16-00439-CR</u>

"⑭ Acquittal" Waco Jan. 11, 2017) 2012-790-C2 "<u>NO</u>" <u>Deadly Weapon. 16-50198/6:15-cv-366)</u>

⑮ Plain error improper Time barred-"<u>RP</u>" Rule 52(a)

Page 7.

18- 50044 (5th Cir.) Dkt Number

(16.) 00514538671 / 6:16-CV-290 2012-791-C2

"Acquittal" 10-16-00140-CR1 Waco Jan. 11, 2017

"NO" Deadly Weapon. Damage

(17.) $5 million. Green v. USA, et al

NO. 4:18-CV-2435 (S.D.Tex. July 17, 2018)

Thirteenth Amendment. RP.

Unconstitutional Action. Timebarred

(18.) 3:18-CV-03309 Green v. McLennan,
et al. (1994-659-C2) $5 Million
(4:19-CV-00051 S.D.Tex.) Judge
Gray H. Miller. Transferred to
McLennan County Jan. 08, 2019

(19.) "Treason" Assigned to. "Alan D. Albright" Under
Oath he committed "Treason"

Page 8. Please see other side.

Attorney General Lead Counsel - Edward Larry Marshall Appeared Jan. 08, 2019, (6:19-cv-00008) Alan D. Albright termed 6:15-cv-285 16-50622, 6:17-cv-295 17-50973 (March 23, 2018) Alan D. Albright has an inability to properly conduct Federal government business and his has "no" immunity trespass on this case and can be criminally prosecuted he has "no" special powers because he's a white man (Roger Taney) Dred Scott v. Sanford, Ku Klux Klan Act 1871 "Black Lives Matter" Lawer Pre 1/17/20

20) Witnesses Yadira Padilla, Paloma A. DeHoco

Article 11.07 Writ Application Form                    Revised 2018

21) Judgment on the Pleadings. FRCP R1.
Was served on Jon R. Gimble Page 9.   501 Washington Ave Waco, TX McLennan Co. Courthouse

16-50522 (6:15-cv-285) Defense Counsel Lawrence E. Johnson Died December 2020 (Cause No) 2012-70-C2 (Life Sentence) JUDICIAL NOTICE

and 6:15-cv-366 (2012-790-C2) 25 year sentence (RP Time-barred) (VOID) and

6:16-cv-290 (2012-791-C2) 25 year sentence (RP Time-barred) VOID. (6:17-cv-131) Appeal 5th Cir. No. 17-50828 (F89-97008-HT / WR-79-C2)

19-10322 (3:18-cv-1459-M-BT / N.D. TX. Dallas Lowell Green 1/22/2021

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
103,138
INMATE TRUST FUND
STATEMENT OF ACCOUNT
P.O. BOX 60
HUNTSVILLE, TEXAS 77342-0060

LOCATION: 12-E-A ROW-2    12    UNIT: TL

NAME: GREEN, LOWELL DEQUINCY

DATE: 12/31/20    ACCOUNT NUMBER: 00518622

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | |
|---|---|---|---|---|
| ...Y OWED: | .00 | LOCATION: 12-E-A ROW-2   12 | UNIT: | T1 |
| ...RAL COURT FEE OWED: | 2,176.00 | NAME: GREEN, LOWELL DEQUINCY | | |
| TEXAS COURT FEE/CHARGE OWED: | 987.00 | DATE: 12/31/20 | ACCOUNT NUMBER: | 00518622 |
| INDIGENT SUP. OWED: | 1,184.42 | OTHER HOLD AMOUNT    .00 | BEGINNING BALANCE: | .00 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 12/20 | | | | |
| 02 | AB 000000 000110   POSTAGE | .00 | | .00 |
| 03 | AB 000000 000152   POSTAGE | .00 | | .00 |
| 07 | AB 000000 000715   POSTAGE | .00 | | .00 |
| 10 | AB 000000 000127   POSTAGE | .00 | | .00 |
| 14 | AB 000000 000660   POSTAGE | .00 | | .00 |
| 16 | AB 000000 000330   POSTAGE | .00 | | .00 |
| 17 | AB 000000 000127   POSTAGE | .00 | | .00 |
| 18 | WP WEB SALE T GREEN | | | .00 |
| 23 | AB 000000 000660   POSTAGE | .00 | | .00 |
| 28 | AB 000000 000165   POSTAGE | .00 | | .00 |
| 28 | WS RECEIPT OF WEB SALE | .00 | | .00 |
| 29 | AB 000000 000127   POSTAGE | .00 | | .00 |
| 30 | AP 2012301212 | | 3.30 | 3.30 |
| 30 | AP 2012301212 | | 47.30 | 50.60 |
| 30 | AB 000000 000330   POSTAGE | .00 | | 50.60 |
| 30 | AB 000000 000440   POSTAGE | .00 | | 50.60 |
| 30 | AB 000000 004730   POSTAGE | .00 | | 50.60 |
| 30 | PP 000330 000000 | 3.30 | | 47.30 |
| 30 | PP 004730 000000 | 47.30 | | .00 |

Handwritten annotations: 6:17-cv-131 ; 18 USC §242 ; VOID Fee's ; Robert L. Pitman Malicious Conduct ; Bankruptcy

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| XX | Closed Account | | | | | | | |
| AB | Indigent Supplies | ED | ACH Deposit | GW | Group Withdrawal | MR | Medical Fee Refund | |
| AC | Account Corrections | EX | Transfer to Escheat | HW | Hold Withdrawal | OP | Outside Purchase | |
| AP | Indigent Supplies Adjustment | FA | Federal payment From Deposit – IPFF (Initial Partial Filing Fee) | MA | Medical Co-pay Adjustment | PH | Place Hold (Misc.) | SI | Trans... |
| CA | Cash/Intake Deposit | | | MD | Medical Co-pay (Prior Visit) | PP | Indigent Supplies Collection of Prior (Unpaid) Charges | TR | Trans... |
| CK | Government Check | FB | Federal Payment From Deposit – RFF (Remainder Filing Fee) | MF | Medical Fee | | | WR | Web Sale Return |
| CM | Commissary Purchase (EFT) | | | MG | Medical Co-pay Grievance | RH | Release Hold | WS | Web Sale (eComm) |
| CO | Indigent Marker | FD | Federal Dismissal | MM | Medical Fee Modification | SA | State Payment From Deposit – IPFF (Initial Partial Filing Fee) | WP | Web Purchase (eComm) |
| CS | Craft Sale | FI | Federal Initial | MO | Money Order | | | WU | Electronic Transfer Deposit |

Lowell Quincy Green # 518622
Polunsky Unit
3872 Fm 350 S
Livingston, TX 77351

Special Mail

NORTH HOUSTON TX 773
27 JAN 2021  PM 1  L

Deputy Clerk,
Michael Oaks
U.S. Courthouse
800 Washington Ave #380
Waco, TX 76701